UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a foreign insurer,<br><br>  Plaintiff-In-Interpleader,<br><br>  vs.<br><br>ROXANN CLINE, a single woman; TERESA E. VALENTINE, individually and as guardian for B.R.C., J.W.C., and B.M.C., minor children,<br><br>  Defendants-In-Interpleader.<br><br>TERESA E. VALENTINE, individually and a guardian for B.R.C., J.W.C. and B.M.C., minor children,<br><br>  Third Party Plaintiffs,<br><br>  vs.<br><br>FIDELITY EMPLOYER'S SERVICES CO., LLC,<br><br>  Third Party Defendant. | No. CV-05-3104-FVS<br><br>**JUDGMENT IN A CIVIL CASE** |

  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is in favor of Teresa E. Valentine on the Metropolitan Life Insurance Company's claim in interpleader. Judgment is in favor of Teresa E. Valentine in the amount of $111,366.13 on Ms. Valentine's third party claim. File is closed.

DATED:  October 29, 2007            JAMES R. LARSEN, CLERK

by _____
Cheryl Switzer, Deputy Clerk